JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LATANYA WILLIAMS,
    Plaintiff,

          v.

PROLAND LLC,
    Defendant.

2:23-cv-10850-DSF-PVCx

JUDGMENT

The Court having granted a motion for default judgment,

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff Latanya Williams and against Defendant Proland LLC.  Defendant is ordered to alter the parking facility at the public accommodation and business establishment located at 5706 Santa Monica Blvd., Los Angeles, California, in compliance with the Americans with Disabilities Act.  Defendant is further ordered to pay to Plaintiff $1,345.00, comprised of $820 in fees, and $525 in costs.

Date:  May 24, 2024

Dale S. Fischer
United States District Judge